| Return | | |
|---|---|---|
| Case No.:<br>7:23mj44 | Date and time warrant executed:<br>04/21/2023 10:32 AM | Copy of warrant and inventory left with:<br>On file with USPIS |
| Inventory made in the presence of :<br>Inspector Barrett and USPS OIG SA Bartley | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

1. Approximately 1161g of a green leafy substance, suspected marijuana

2. United States Postal Service Priority Mail Parcel bearing tracking number "9505 5105 7967 3108 7403 18", a football jersey, and packing material

**Received in Chambers**
By Reliable Electronic Means

April 26, 2023

**Hon. Robert S. Ballou**
**United States District Judge**

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 04/26/2023

*Michael J. Barrett*
*Executing officer's signature*

Michael J. Barrett, United States Postal Inspector
*Printed name and title*